02-10-412-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-10-00412-CV

 

 


 
 
 Dwayne G. Modisette
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Wells Fargo Bank, N.A., as Beneficiary and Wells
 Fargo Home Mortgage, as Servicer, its Successors and Assigns
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM County
Court at Law No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On May
2, 2011 and May 10, 2011, we notified appellant that his brief had not been
filed as required by Texas Rule of Appellate Procedure 38.6(a).  See Tex.
R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of
prosecution unless appellant or any party desiring to continue this appeal
filed with the court within ten days a response showing grounds for continuing
the appeal.  See Tex. R. App. P. 42.3.  We have not received any
response.

Because
appellant's brief has not been filed, we dismiss the
appeal for want of prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b),
43.2(f).

 

 

PER CURIAM

 

PANEL: 
LIVINGSTON,
C.J; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED: 
May 26, 2011









[1]See Tex. R. App. P. 47.4.